IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUE EVENWEL AND | § | |
| EDWARD PFENNINGER, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CAUSE NO. A-14-CA-335-LY-CH-MHS |
| | § | |
| RICK PERRY, IN HIS OFFICIAL | § | |
| CAPACITY AS GOVERNOR | § | |
| OF TEXAS; AND NANDITA BERRY, | § | |
| IN HER OFFICIAL CAPACITY AS | § | |
| TEXAS SECRETARY OF STATE, | § | |
| Defendants. | § | |

**JOINT MOTION TO SUSPEND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Sue Evenwel and Edward Pfenninger, and Defendants Governor Rick Perry and Secretary of State Nandita Berry, in their official capacities, file this *Joint Motion to Suspend Plaintiffs' Motion for Summary Judgment*, and would show as follows:

On May 20, 2014, the Court held a telephonic conference with the parties regarding pending motions—namely, Plaintiffs' Motion for Summary Judgment (Doc. 12) and Defendants' Motion to Dismiss (Doc. 15). The Court requested that the parties confer and determine if they could agree as to whether the motions should be considered contemporaneously, or if the Motion to Dismiss should be resolved first. The parties have now conferred and agree that resolution of the Defendants' Motion to Dismiss, prior to consideration of the Plaintiffs' Motion for Summary Judgment, is prudent as it may clarify the issues and streamline resolution of this case, or may serve to resolve this matter entirely.

Accordingly, the parties now jointly move for the Court to suspend all response and reply deadlines with respect to Plaintiffs' Motion for Summary Judgment, and to defer consideration of that Motion, until after the Court rules on Defendants' Motion to Dismiss.

The parties respectfully request that the Court GRANT the instant motion for the reasons set forth herein.

                        Respectfully submitted,

/s/ Meredith B. Parenti (by permission)
Meredith B. Parenti
Texas Bar No. 00797202
PARENTI LAW PLLC
P.O. Box 19152
Houston, TX 77224
Tel.: (281) 224-5848
Fax: (281) 605-5677
meredith@parentilaw.com

Bert W. Rein
William S. Consovoy (pro hac vice)
Brendan J. Morrissey (pro hac vice)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel.: (202) 719-7000
Fax: (202) 719-7049

**ATTORNEYS FOR PLAINTIFFS**


GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

JAMES "BEAU" ECCLES
Division Chief - General Litigation

                                                    /s/ Erika M. Kane
ERIKA M. KANE
Texas Bar No. 24050850
Assistant Attorney General
Office of the Attorney General,
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 FAX
erika.kane@texasattorneygeneral.gov

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and delivered via CM/ECF on May 22, 2014, to:

Meredith B. Parenti
PARENTI LAW PLLC
P.O. Box 19152
Houston, Texas 77224

Bert W. Rein
William S. Consovoy
Brendan J. Morrissey
WILEY REIN LLP
1776 K. Street, NW
Washington, DC 20006

                                                    /s/ Erika M. Kane
ERIKA M. KANE
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUE EVENWEL AND | § | |
| EDWARD PFENNINGER, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CAUSE NO. A-14-CA-335-LY-CH-MHS |
| | § | |
| RICK PERRY, IN HIS OFFICIAL | § | |
| CAPACITY AS GOVERNOR | § | |
| OF TEXAS; AND NANDITA BERRY, | § | |
| IN HER OFFICIAL CAPACITY AS | § | |
| TEXAS SECRETARY OF STATE, | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO SUSPEND
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before the Court for consideration is a *Joint Motion to Suspend Plaintiffs' Motion for Summary Judgment*. Having considered the motion, the Court finds it to be meritorious.

Accordingly, it is hereby ORDERED that the *Joint Motion to Suspend Plaintiffs' Motion for Summary Judgment* is GRANTED. It is further ordered that all response and reply deadlines with respect to Plaintiffs' Motion for Summary Judgment (Doc. 12) are suspended until after resolution of the Defendants' Motion to Dismiss (Doc. 15). The Hearing on Pending Motions, set for June 25, 2014, will concern only the Defendants' Motion to Dismiss.

SIGNED on _____, 2014

_____
Honorable Lee Yeakel
United States District Judge